**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TAISHAWN THOMAS LAWSON,
  Plaintiff,

v.

                                             Civil Action No. 1:26-cv-01578
                                             (CJN)

GREGORY LAURINAVICIUS,
  in his individual capacity,
    Defendant.

### NOTICE PROVIDING ADDRESS FOR SERVICE OF PROCESS

Plaintiff Taishawn Thomas Lawson, proceeding pro se and in forma pauperis, respectfully submits this Notice in compliance with the Court's August 7, 2026 Minute Order.

Plaintiff provides the following official address for service of process upon Defendant Gregory Laurinavicius:

> Officer Gregory Laurinavicius
> United States Park Police
> District One - Central Police Station
> 1200 Ohio Drive SW
> Washington, DC 20020

Plaintiff respectfully requests that service of process be effectuated upon Defendant at the address provided above pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3).

Respectfully submitted,

*Taishawn Thomas Lawson*
_____
TAISHAWN THOMAS LAWSON
Plaintiff, Pro Se
2219 Town Center Drive SE #283
Washington, DC 20020
Telephone: 202-888-9517
Email: Mrlawsonoffice@gmail.com

Date: August 10, 2026

RECEIVED

AUG 11 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia